RECEIVED
IN MONROE, LA.

AUG 28 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

for the

WESTERN District of LOUISIANA

_____Division

Case No.   3:23-cv-1169   _____

(to be filled in by Clerk's Office)

**Wanda G Payne**

Jury Trial: (check one) [X] Yes [ ] No

**Plaintiff**

-v-

**DEPARTMENT OF CHILDREN AND FAMILY SERVICES**

**(DCFS)**

**Defendant(s)**

# COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

(28 U.S.C. § 1332; Diversity of Citizenship)

## THE PARTIES

Rosheka Denise Lee – Defendant

Sonya Wilson – Defendant

Department of Children & Family Services – Defendant

Address:

Monroe Region

24 Accent Drive Suite 106

Monroe Louisiana 71202


Nancy Tucker – Defendant

Renesha Wimberly – Defendant (Assigned Case Manager)


Regina Dunn – Defendant (Supervisor)

Latasha Ross – Defendant (Manager)

DC

Ruston Louisiana 71270

FS (Lincoln Parish) – Defendant

Address:

811 North Service Road East

## I. INTRODUCTION

1. This case concerns conspired acts, by DCFS caseworker(s) involving several government employees, Louisiana, parish of Ouachita, per violation caused by defendants (See Attached) employed (at the time of violation) by DCFS et.al, as to the destruction of one's happy and healthy bond with the children, loss of rights, loss of visitation, along with other claim(s) that shall give rise, to such, seeking damage(s) against defendants.

2. Such rights of the injured plaintiff have been ignored, for some time, deprived such love from the children, for whom, plaintiff did not harm, as such defendant(s) engaged in fraud upon the court, and/or malfeasance, by defendants; caseworkers, who for some time, engaged in illegalities, intentional act(s) unbecoming to a state employee, as such act(s) were engaged in knowingly and willfully depriving a citizen of her rights, regarding myself, Ms. Wanda Payne, along with a violation (4th amendment violation) and Due Process Clause under our well established 14th Amendment, violation of first amendment, along with other violations, ergo, allowing for such plaintiff, myself, herein; refer to as "Wanda Payne" to seek damages.

## II. Jurisdiction

3. This action alleging violation(s) by Wanda Payne, the injured plaintiff, violations of such federal statutes, and the United States Constitution, is authorized by 42 U.S.C section 1983, and jurisdiction over this action is conferred by 28 U.S.C 2201 and 2202 and by Rule 57 of the Federal Rules of Civil Procedure.

4. Injunctive relief is authorized by Rule 65 of the Federal Rules of Civil Procedure.

5. An award of such cost and attorney fees is authorized by 42 U.S.C 1988. (If plaintiff, Wanda Payne, is bringing on an attorney, during such course of action)

6. This is a civils rights complaint brought by a citizen, a biological grandmother, as plaintiff, Wanda Payne, was injured and shall be proven, caseworkers are responsible for the destruction of a loving bond between children and their loving grandparent, whereas DCFS and/or its individual defendants, caused harm, or serious nature only "after DCFS CASEWORKERS, knowingly and willfully engaged illegalities in depriving a citizen of her rights, regarding myself, Ms. Wanda Payne, along with violation (4th amendment violation) and DUE PROCESS CLAUSE our well established 14th amendment, violation of the first amendment along with other violations, ergo.

7. For such a time, my grandchildren were said to be doing fine, or supposedly better while under state supervision.

8. Sadly, I've verified, since being under state supervision, they have been in three different homes approved by DCFS. The homes approved were not safe, criminal background checks were not performed, no drug screens were ordered. Such individuals had extensive criminal records, and substance abuse. In my care the grandchildren were not exposed to dangerous drugs, and free from physical abuse and neglect. They were deprived of such loving care of a stable grandmother, law abiding American Citizen, only to be placed into danger repeatedly in their very young lives and have been at risk, at each turn.

9. The caseworker(s) under DCFS supervision, knew and/or should have reasonably known that the children could/would be harmed if they were placed in these homes, and/or that the children were not fine and flagrantly were at serious risk of further harm, while under state supervision and care, while residing at another home approved by DCFS.

10. Defendant Rosheka Denise Lee mischaracterized me, falsified statements, violating my right by doing so. She had knowingly lied, by citing that I, Wanda Payne, the grandmother, had made a total of approximately 40 "false"

complaints. Defendant Rosheka Denise Lee cited that I, Wanda Payne, was a woman with "mental problems', along with substance abuse, such false accusations have since followed plaintiff throughout the course and scope of all investigations and multiple DCFS CASEWORKERS, hence the reason to deny the kids a warm, secured, protected and happy loving home. Wherefore violating my rights and causing serious harm to myself and my grandchildren.

11. As shall be proven, at the time of violation, there was never any proof of such serious defamation of character, just slanderous wording, causing me, Wanda Payne, harm.

12. Defendant, Rosheka Denise Lee, also lied in a report citing other things, for which, shall support my right to seek and be awarded monetary damages, per violation, that shall be enumerated during such lawsuit filing. Above mentioned defendant also directly lied to me in a repeated fashion, violation of confidentiality DCFS is by law to uphold, while also threatening me with actual jail time, and shall be proven, in violation of my right.

13. Defendant, Rosheka Denise Lee, through the direction and/or under the direction of her supervisor, Defendant, Sonya Wilson, DCFS (supervisor) would also say how she would basically force me to take many drug test, even though I've had no

history of being an addict and/or alcoholic, while again threatening to call the police on me, to be arrested for such "harassment".

14. Such has caused me, Wanda Payne, ongoing inward stress, emotional distress, as such a claim for I.I.E.D. (intentional infliction of emotional stress) and being part of my civil rights damages suit.

15. Defendant(s), Nancy Tucker, CPS Investigator, Renesha Wimberly, DCFS caseworker, under the supervision of Regina Dunn, DCFS supervisor, Latasha Ross, DCFS Manager, the assigned caseworker(s) approved three different homes for safety monitors other than in my care, a loving, safe home. The approved safety monitors had extensive criminal history, and drug abuse. While with one person named as safety monitor, being arrested with my grandson, age of 2 years old, for child endangerment. As a result, my grandson suffered from heat exhaustion and the West Monroe Police Department took him to Glenwood Regional Medical Center for treatment. While such workers would lie on reports, hindering the truth, rather than disclosing, slandering my good name, with severe defamation, simply to, in violation of my right. While with me, my grandchildren were free from abuse and/or neglect, serious risk of injuries, and return them whereas, shall be proven at trial according to facts and the preponderance of evidence, has resulted in serious injuries, repeated risk, caused by the action and/or inaction of

Child Protection Services (DCFS) office assigned to the case, regarding grandchildren of the Plaintiff. As a result, I, Wanda Payne, was injured for such reasoning and am now filing a suit.

16. Defendant(s) DCFS caseworker, and or caseworker(s) were frequently lying under oath, disseminating false "facts", and or directly engaging in perjury, for some time, continually lying in reports and/or fabricating statements to "make it appear" that I, Wanda Payne (Plaintiff), a loving grandparent, was bad, dangerous, and/or unfit. Yet, I am not, and it shall be proven, now that my district federal court for damages is being filed in our federal court.

17. On or about from the time of, November of 2020, DCFS failed to protect my grandchildren, by returning them to a place where the abuse was known and/or where it should have been reasonably known, to a reasonable minded person, that if the children are placed back in harm's way, abuse shall once again follow, and darken their very young life.

18. On or about August 26, 2022, Rokesha Denise Lee, allegation(s) were leveled against me, whereas, I was being falsely accused, of such allegations, that were clearly defaming to me, slanderous in nature, yet the child protection agency

worker, Rosheka Denise Lee continued to lie and hinder an investigation of sexual abuse of my granddaughter, age of 4 years old. Which, in turn, caused more harm to my grandchildren and severe emotional stress to me.

19. Defendants, for whom I am intending to file a claim(s) against, pursuant to Section 1983; under Title 42 for a Federal Civil Rights Violation, are state worker(s) Defendants have continually slandered me, caused me such pain and heartache, violated my constitutional rights, slandered my good name, and my grandchildren are currently living at risk, due to the agencies' gross negligence.

20. At the time, state defendants, employed by the parish agency DCFS were all acting under the color of state law, and within the scope of their employment, lied under oath, and/or in sworn affidavit(s) that led to the loss of visitation with, and special bond with grandchildren, and as a result, violated my right, while allowing my grandchildren to remain at risk.

21. On or about August 26, 2022, caseworker Rosheka Denise Lee lied under oath, fabricated statements, withheld truths, and defamed my character to fit her narrative. To see to it, that I, Wanda Payne, a loving grandparent would lose my

grandchildren, even though the kids were being taken care of, fed, nurtured, protected and loved while in my home.

22. Such fabrication has caused me harm up through this day, under the direction of her supervisor, Sonya Wilson, who knowingly allowed such violation.

23. On, July 20, 2023, Plaintiff, Wanda Payne, acquired information as to be offered at trial, to show continued lies, defamation of character, and false allegations by Rosheka Denise Lee (DCFS) Ouachita Parish under supervision of Sonja Wilson (DCFS) supervisor, which led to serious harm, and emotional distress. While causing my grandchildren to be subjected to serious physical harm all under State supervision where they remain to this day.

## **Prayer for Relief**

WHEREFORE, plaintiff prays for a judgment in the plaintiff's favor as follows:

1. Issue a declaratory judgment that the actions of the defendants described herein violated the **FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION.**

2. Issue an injunction ordering the defendant to end engaging in illegal, unfair and/or unlawful and fraudulent business practices within the Department of Children and Families; to develop policies and procedures, as well as conduct staff training, to prevent the recurrence of any such practices; to prevent injury to other loving, innocent American families, loving mothers and innocent, falsely accused citizens who, like myself, are gravely harmed by these actions.

3. For compensatory and consequential damages to be awarded to the injured plaintiff, myself, herein; referred to "Wanda Payne".

4. Such action(s) caused by DCFS et.al, shocks the conscience of others, and will be, in a Federal Court of Law, proven through such a timely suit, for damages once filed by myself, Wanda Payne, the injured plaintiff.

5. For exemplary and punitive damages to be awarded to the injured plaintiff, myself, Wanda Payne, according to proof and/or set of fact(s) presented, based on the preponderance of evidence that shall be provided at trial.

6. If an attorney is brought on, to pay for the cost of said attorney and all fees associated with the suit.

**Amount of Damages**

**20 million Dollars**

By: *Wanda Payne*, Plaintiff

(Pro-se)

Date: *August 28, 2023*, 2023